[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEPTEMBER 29, 2005
THOMAS K. KAHN
CLERK

No. 04-14140
Non-Argument Calendar

D. C. Docket No. 03-61689-CV-JIC

MEDIANET OF SOUTH FLORIDA, INC.,

Plaintiff-Appellant,

versus

CITY OF MIRAMAR,

Defendant-Appellee.

Appeal from the United States District Court
for the Southern District of Florida

**(September 29, 2005)**

Before TJOFLAT, BIRCH and BARKETT, Circuit Judges.

PER CURIAM:

We agree with the district court that this case is controlled by Coral Springs

Street Systems, Inc. V. City of Sunrise, 371 F.3d 1320 (11th Cir. 2004), and that appellee is entitled to summary judgment.

**AFFIRMED.**